5/06
Form: Pro Hac Vice

IN THE UNITED STATES DISTRICT/BANKRUPTCY COURTS
FOR THE DISTRICT OF IDAHO

CITY OF WARREN GENERAL
EMPLOYEES' RETIREMENT SYSTEM

v.

TELEPERFORMANCE SE, et al.,

Case No.   1:23-cv-00181-BLW

APPLICATION FOR ADMISSION
PRO HAC VICE

Fee: $250.00

Pursuant to Local Rule 83.4(e) of the United States District Court for the District of Idaho,
THOMAS C. MICHAUD _____, hereby applies for admission pro hac vice to appear and participate
in this case on behalf of  plaintiff City of Warren General Employees' Retirement System _____.

The applicant hereby attests as follows:

1. Applicant resides in ___ Grosse Pointe Park, Michigan _____, and practices at the following
address and phone number Vanoverbeke, Michaud & Timmony, P.C., 79 Alfred Street, Detroit, Michigan 48201, _____
Telephone: 313-578-1200 _____

2. Applicant has been admitted to practice before the following courts on the following dates:

| Courts: | Dates: |
|---|---|
| Michigan Supreme Court (Bar No. P46787) | November 22, 1993 |
| U.S.D.C., Eastern District of Michigan | November 22, 1993 |

3. Applicant is in good standing and eligible to practice in said courts.

4. Applicant is not currently suspended or disbarred in any other courts.

5. JASON R.N. MONTELEONE _____, a member in good standing of the bar of this court, of the firm of
Monteleone Law Offices, P.L.L.C. _____, practices at the following office address and phone number:
350 North Ninth Street, Suite 500, Boise, Idaho 83702, Telephone:  208-331-2100 _____

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents
to this designation by signing this application.

Dated this __25th__ day of __April__, __2023__.

_____                    /s/ Jason R.N. Monteleone_____
Applicant                                                         Designee

Signed under penalty of perjury.

# United States District Court
## Eastern District of Michigan

# CERTIFICATE OF GOOD STANDING

*I, Kinikia D. Essix, Clerk of Court, certify that*

## Thomas Michaud

*was duly admitted to practice in this Court on 12/22/1993,*

*and is in good standing as a member of the Bar of this Court.*

*Dated at Detroit, Michigan on 04/25/2023.*

**Kinikia D. Essix**
**Clerk**



*Tracy Thompson*
**Deputy Clerk**