STOEL RIVES LLP
  Elijah M. Watkins (ISB No. 8897)
  *elijah.watkins@stoel.com*
  101 South Capitol Boulevard, Suite 1900
  Boise, Idaho 83702
  Tel.: + 1.208.387.4275

LATHAM & WATKINS LLP
  Michele D. Johnson (*Pro Hac Vice*)
  *michele.johnson@lw.com*
  650 Town Center Drive, 20th Floor
  Costa Mesa, California 92626
  Tel.: +1.714.540.1235

  Colleen C. Smith (*Pro Hac Vice*)
  *colleen.smith@lw.com*
  12670 High Bluff Drive
  San Diego, California 92130
  Tel.: +1.858.523.5400

  Christopher Turner (*Pro Hac Vice)*
  *christopher.turner@lw.com*
  555 Eleventh Street, NW #1000
  Washington, D.C. 20004-1304
  Tel.: +1.202.637.2200

*Attorneys for Defendants Teleperformance SE,
Daniel Julien, Olivier Rigaudy, and Akash Pugalia*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CITY OF WARREN GENERAL EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TELEPERFORMANCE SE, DANIEL JULIEN, OLIVIER RIGAUDY, and AKASH PUGALIA,<br><br>Defendants. | CASE NO. 1:23-cv-00181-BLW<br><br>*Before the Honorable B. Lynn Winmill*<br><br>**DEFENDANTS TELEPERFORMANCE SE, DANIEL JULIEN, OLIVIER RIGAUDY, AND AKASH PUGALIA'S NOTICE OF MOTION AND MOTION TO TRANSFER VENUE**<br><br>*[Memorandum of Points and Authorities; Declaration of Sonia Cheurfa filed concurrently herewith]* |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE as soon as this matter may be heard before the Honorable B. Lynn Winmill, United States District Court Judge for the District of Idaho, Defendants Teleperformance SE ("Teleperformance"), Daniel Julien, Olivier Rigaudy, and Akash Pugalia (collectively, "Defendants"), by and through their undersigned counsel, will and hereby do move this Court for an order transferring venue of the above-entitled action filed on April 19, 2023 (ECF No. 1), to the United States District Court, Southern District of Florida, pursuant to 28 U.S.C. § 1404(a) and based upon the location of events, the Parties' relevant contacts, the convenience of the Parties and witnesses, and in the interest of justice.

This Motion is based on this Notice of Motion and Motion; the attached Memorandum of Points and Authorities in support of the Motion; the Declaration of Sonia Cheurfa; all pleadings, records, and files herein; and on all other matters that may be judicially noticed or produced at a hearing of this matter.  This Motion is further made following the Parties' meet and confer on July 11, 2023, and pursuant to the Court's order granting the Parties' stipulation on August 1, 2023 (ECF No. 18).

CASE NO. 1:23-cv-00181-BLW
DEFENDANTS' NOTICE OF MOTION AND
MOTION TO TRANSFER VENUE

DATED:  August 15, 2023

Respectfully submitted,

LATHAM & WATKINS LLP


By: */s/ Colleen C. Smith*
    Colleen C. Smith (*Pro Hac Vice*)
    *colleen.smith@lw.com*
    12670 High Bluff Drive
    San Diego, California 92130
    Tel.: +1.858.523.5400

    Michele D. Johnson (*Pro Hac Vice*)
    *michele.johnson@lw.com*
    650 Town Center Drive, 20th Floor
    Costa Mesa, California 92626
    Tel.: +1.714.540.1235

    Christopher Turner (*Pro Hac Vice*)
    *christopher.turner@lw.com*
    555 Eleventh Street, NW #1000
    Washington, D.C. 20004-1304
    Tel.: +1.202.637.2200


STOEL RIVES LLP


By:
    Elijah M. Watkins (ISB No. 8897)
    *elijah.watkins@stoel.com*
    101 South Capitol Boulevard, Suite 1900
    Boise, Idaho 83702
    Tel.: + 1.208.387.4275

*Attorneys for Defendants Teleperformance SE,*
*Daniel Julien, Olivier Rigaudy, and Akash Pugalia*