STOEL RIVES LLP
  Elijah Watkins
  *elijah.watkins@stoel.com*
  101 South Capitol Boulevard, Suite 1900
  Boise, Idaho 83702
  Tel.: + 1.208.387.4275

LATHAM & WATKINS LLP
  Michele D. Johnson (*Pro Hac Vice*)
  *michele.johnson@lw.com*
  650 Town Center Drive, 20th Floor
  Costa Mesa, California 92626
  Tel.: +1.714.540.1235

  Colleen C. Smith (*Pro Hac Vice*)
  *colleen.smith@lw.com*
  12670 High Bluff Drive
  San Diego, California 92130
  Tel.: +1.858.523.5400

  Christopher Turner (*Pro Hac Vice*)
  *christopher.turner@lw.com*
  555 Eleventh Street, NW #1000
  Washington, D.C. 20004-1304
  Tel.: +1.202.637.2200

*Attorneys for Defendants Teleperformance SE,
Daniel Julien, Olivier Rigaudy, and Akash Pugalia*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CITY OF WARREN GENERAL EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TELEPERFORMANCE SE, DANIEL JULIEN, OLIVIER RIGAUDY, and AKASH PUGALIA,<br><br>Defendants. | CASE NO. 1:23-cv-00181-BLW<br><br>**DECLARATION OF SONIA CHEURFA IN SUPPORT OF DEFENDANTS TELEPERFORMANCE SE, DANIEL JULIEN, OLIVIER RIGAUDY, AND AKASH PUGALIA' S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO TRANSFER VENUE**<br><br>*[Motion; Memorandum of Points and Authorities filed concurrently herewith]* |

I, Sonia Cheurfa, a resident of Saint Ouen sur Seine, France, hereby declare as follows:

1. The statements made herein are based on my personal knowledge, and if called upon to do so, I could testify competently thereto under oath. I make this declaration in support of Defendants Teleperformance SE ("Teleperformance" or "the Company"), Daniel Julien, Olivier Rigaudy, and Akash Pugalia's (the "Individual Defendants") (with Teleperformance, the "Defendants") Motion to Transfer Venue to the Southern District of Florida.

2. I am Corporate Counsel at Teleperformance. As part of my role as Corporate Counsel and Board Secretary, I am responsible for advising Teleperformance, Teleperformance's corporate officers, and Teleperformance's Board members on a variety of legal and regulatory issues.

3. Teleperformance is a global digital business services company headquartered in Paris, France and is registered in accordance with the laws of the European Union. Teleperformance's common stock trades on the Paris Stock Exchange. Teleperformance is a holding company with subsidiaries and affiliates in several countries, including the United States, with over 400 offices around the world.

4. Teleperformance's corporate office in the United States, through its U.S. subsidiary Teleperformance Group, Inc. ("TGI"), is located in Miami, Florida. Certain of Teleperformance's corporate officers, including Individual Defendant Daniel Julien, Teleperformance's Chief Executive Officer, Agustin Grisanti, Teleperformance's Chief Operating Officer, and other high-level employees, work at the Company's Miami, Florida corporate office. Teleperformance has no corporate offices based in the District of Idaho.

5. Teleperformance, through TGI and Teleperformance USA ("TPUSA"), maintains additional offices across the United States and has five Florida offices, located in Miami, Boca Raton, North Lauderdale, Port St. Lucie, and Panama City. Teleperformance has more offices in the Southern District of Florida than in any other United States judicial district. The offices in Miami, Boca Raton, North Lauderdale, and Port St. Lucie are all located within the Southern District of Florida. Teleperformance maintains only one office in the District of Idaho, located in Boise.

6.      Teleperformance, through TPUSA, provides content moderation services out of its offices in Port St. Lucie, Florida, El Paso, Texas, and Boise, Idaho.

7.      Teleperformance, through TPUSA, has more employees based in the Southern District of Florida than in the District of Idaho.  Teleperformance, through TPUSA, employs approximately 3,800 personnel in the state of Florida, versus approximately 900 in Idaho.

8.      The majority of Teleperformance's employees performing content moderation services are located outside of the United States, with the largest number located in the Republic of Colombia.

9.      None of the Individual Defendants resides in Idaho.  Mr. Julien has a residence in Miami, Florida—which is located within the Southern District of Florida.  Mr. Pugalia, Teleperformance's Global President of Trust and Safety, resides in San Jose, California.  Mr. Rigaudy, Teleperformance's Deputy Chief Executive Officer and Chief Financial Officer, resides in Paris, France.  Mr. Julien, Mr. Pugalia, and Mr. Rigaudy do not conduct business within the District of Idaho.

10.     Teleperformance conducts all earnings calls, drafts and issues all press releases, and prepares, reviews, and approves all public filings at its Paris, France headquarters, including the public filings containing the statements challenged in Plaintiff's Complaint (the "Complaint").  *See* ECF 1 ¶¶ 22-27, 29-36, 41, 45-49.

11.     Teleperformance also conducts annual shareholder meetings, and prepares, reviews, and approves other publicly available documents at its Paris, France headquarters, including the Universal Registration Document and annual Integrated Reports containing the statements challenged in Plaintiff's Complaint.  *See id.* ¶¶ 28, 37-40, 42-44.

12.     None of the alleged misstatements referenced in the Complaint were prepared, transmitted, or originated from any Teleperformance location in Idaho.  Rather, many of the alleged misstatements were prepared, transmitted, or originated out of Teleperformance's headquarters in Paris, France.

CASE NO. 1:23-cv-00181-BLW
2     DECLARATION OF S. CHEURFA IN SUPPORT OF
DEFENDANTS' MOTION TO TRANSFER VENUE

13.     No employees of Teleperformance reside in the United States.   Several executives and senior personnel with personal knowledge regarding the statements and subject matter at issue in the Complaint are employed by TGI and TPUSA, and reside in the state of Florida.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 12, 2023, in Saint Ouen, France.

Respectfully submitted on this 15th day of August 2023

_____
Sonia Cheurfa
Teleperformance SE Corporate Counsel

CASE NO. 1:23-cv-00181-BLW
DECLARATION OF S. CHEURFA IN SUPPORT OF
DEFENDANTS' MOTION TO TRANSFER VENUE