STOEL RIVES LLP
  Elijah M. Watkins (ISB No. 8897)
  *elijah.watkins@stoel.com*
  101 South Capitol Boulevard, Suite 1900
  Boise, Idaho 83702
  Tel.: + 1.208.387.4275

LATHAM & WATKINS LLP
  Michele D. Johnson (*Pro Hac Vice*)
  *michele.johnson@lw.com*
  650 Town Center Drive, 20th Floor
  Costa Mesa, California 92626
  Tel.: +1.714.540.1235

  Colleen C. Smith (*Pro Hac Vice*)
  *colleen.smith@lw.com*
  12670 High Bluff Drive
  San Diego, California 92130
  Tel.: +1.858.523.5400

  Christopher Turner (*Pro Hac Vice*)
  *christopher.turner@lw.com*
  555 Eleventh Street, NW #1000
  Washington, D.C. 20004-1304
  Tel.: +1.202.637.2200

*Attorneys for Defendants Teleperformance SE,*
*Daniel Julien, Olivier Rigaudy, and Akash Pugalia*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CITY OF WARREN GENERAL EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>TELEPERFORMANCE SE, DANIEL JULIEN, OLIVIER RIGAUDY, and AKASH PUGALIA,<br><br>        Defendants. | CASE NO. 1:23-cv-00181-BLW<br><br>*Before the Honorable B. Lynn Winmill*<br><br>**DEFENDANTS TELEPERFORMANCE SE, DANIEL JULIEN, OLIVIER RIGAUDY, AND AKASH PUGALIA'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

Defendants Teleperformance SE, Daniel Julien, Olivier Rigaudy, and Akash Pugalia hereby notify the Court of supplemental authority relevant to their pending Motion to Transfer Venue. *See* ECF No. 26.

1. *Bucks County Employees Retirement System v. Norfolk Southern Corp.*, No. 2:23-cv-00982, 2023 WL 5992266, slip op. (S.D. Ohio Sept. 15, 2023) (attached hereto as Exhibit A).

DATED:  September 20, 2023

Respectfully submitted,

LATHAM & WATKINS LLP

By: */s/ Colleen C. Smith*
    Colleen C. Smith (*Pro Hac Vice*)
    *colleen.smith@lw.com*
    12670 High Bluff Drive
    San Diego, California 92130
    Tel.: +1.858.523.5400

    Michele D. Johnson (*Pro Hac Vice*)
    *michele.johnson@lw.com*
    650 Town Center Drive, 20th Floor
    Costa Mesa, California 92626
    Tel.: +1.714.540.1235

    Christopher Turner (*Pro Hac Vice*)
    *christopher.turner@lw.com*
    555 Eleventh Street, NW #1000
    Washington, D.C. 20004-1304
    Tel.: +1.202.637.2200

STOEL RIVES LLP

By:_____
    Elijah M. Watkins (ISB No. 8897)
    *elijah.watkins@stoel.com*
    101 South Capitol Boulevard, Suite 1900
    Boise, Idaho 83702
    Tel.: + 1.208.387.4275

*Attorneys for Defendants Teleperformance SE,*
*Daniel Julien, Olivier Rigaudy, and Akash Pugalia*

CASE NO. 1:23-cv-00181-BLW
DEFENDANTS' NOTICE OF SUPPL. AUTHORITY

1