**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  23-24580-CIV-ALTONAGA/Reid**

**CITY OF WARREN GENERAL**
**EMPLOYEES' RETIREMENT SYSTEM**,

      Plaintiff,

vs.

**TELEPERFORMANCE SE**, *et al.*,

      Defendants.

_____/

## <u>ORDER</u>

**THIS CAUSE** came before the Court *sua sponte*.  On December 4, 2023, the Court received this case from the District of Idaho.  (*See* Order [ECF No. 32]).  The parties' attorneys, Debra Jean Wyman, Jacob Duilio Bottari, Samuel H Rudman, Thomas C Michaud, Brian Cochran, Jason R N Monteleone, Christopher S. Turner, Colleen C. Smith, Elijah Martin Watkins, Michele D. Johnson, are not members in good standing of the United States District Court for the Southern District of Florida Bar under the requirements of Administrative Order 2012-004 and Rule 3 of the Special Rules Governing the Admission and Practice of Attorneys. Further, Local Rule 4(a) provides "Except when an appearance pro hac vice is permitted by the Court, only members of the bar of this Court may appear as attorneys in the Courts of this District."  As the parties' attorneys are not in good standing, they may not practice before the Court.

Accordingly, it is

CASE NO. 23-24580-CIV-ALTONAGA

**ORDERED AND ADJUDGED** that the parties shall retain counsel permitted to practice before the Court and notify the Court of such no later than **December 12, 2023**.  Attorneys for the parties shall serve the parties with copies of this Order no later than December 6, 2023.

**DONE AND ORDERED** in Miami, Florida, this 5th day of December, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2