**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  23-24580-CIV-ALTONAGA/Reid**

**CITY OF WARREN GENERAL
EMPLOYEES' RETIREMENT SYSTEM**,

      Plaintiff,

vs.

**TELEPERFORMANCE SE**, *et al.*,

      Defendants.

_____/

## ORDER

THIS CAUSE came before the Court on the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [ECF No. 40]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  Luke Goveas may appear and participate in this action on behalf of Lead Plaintiffs, City of Warren General Employees' Retirement System and City of Westland Police and Fire Retirement System.  The Clerk shall provide electronic notification of all electronic filings to Luke Goveas at lgoveas@rgrdlaw.com.

**DONE AND ORDERED** in Miami, Florida, this 8th day of December, 2023.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record