UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-24580-CIV-ALTONAGA/Reid

CITY OF WARREN GENERAL
EMPLOYEES' SYSTEM, *et al.*,

     Plaintiffs,

v.

TELEPERFORMANCE SE, *et al.*,

     Defendants.

_____/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On December 5, 2023, the Court entered an Order [ECF No. 37] requiring the parties to submit certificates of interested parties and corporate disclosure statements by December 11, 2023. (*See id.* 1). Although Defendant Teleperformance SE submitted its Corporate Disclosure Statement [ECF No. 43] pursuant to Federal Rule of Civil Procedure 7.1, to date, no Defendant has submitted a certificate of interested parties or requested an extension of time to do so. Accordingly, it is

**ORDERED AND ADJUDGED** that Defendants shall comply with the December 5, 2023 Order **[ECF No. 37]** by **December 14, 2023**. In their written submission(s), Defendants shall explain why they failed to comply with the December 5, 2023 Order, necessitating this second Order.

**DONE AND ORDERED** in Miami, Florida, this 12th day of December, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record