UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-24580-CIV-ALTONAGA/Reid

CITY OF WARREN GENERAL
EMPLOYEES' RETIREMENT SYSTEM, on
behalf of itself and all others similarly situated,

      Plaintiff,

v.

TELEPERFORMANCE SE, *et al.*,

      Defendants.

_____/

## ORDER

THIS CAUSE came before the Court on the Joint Motion for Enlargement of Time for the Parties to Prepare and File a Joint Scheduling Report [ECF No. 69]. Being fully advised, it is

ORDERED AND ADJUDGED that the Motion is GRANTED.

DONE AND ORDERED in Miami, Florida, this 1st day of June, 2024.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

cc:    counsel of record