**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-24580-CIV-ALTONAGA**

**CITY OF WARREN GENERAL EMPLOYEES'**
**RETIREMENT SYSTEM**, *et al.*,

      Plaintiffs,

vs.

**TLEPERFORMANCE SE,** *et al.*,

      Defendants.

_____/

**<u>ORDER</u>**

THIS CAUSE came before the Court on the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [ECF No. 82]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  Thomas C. Michaud may appear and participate in this action on behalf of Lead Plaintiffs City of Warren General Employees' Retirement System and City of Westland Police and Fire Retirement System.  The Clerk shall provide electronic notification of all electronic filings to Thomas C. Michaud at tmichaud@vmtlaw.com.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of October, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record