UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:23-24580-CIV-ALTONAGA/Reid

CITY OF WARREN GENERAL )
EMPLOYEES' RETIREMENT SYSTEM, on )
Behalf of Itself and All Others Similarly )
Situated, )
                                                     )
                              Plaintiff,   )
                                                     )
             vs.                                 )
                                                     )
TELEPERFORMANCE SE, et al.,       )
                                                     )
                              Defendants.  )
                                                     )
_____  )

**JOINT MOTION FOR ORDER ENTERING CONFIDENTIALITY AND RULE 502(D)
AGREEMENT AND STIPULATED PROTOCOL GOVERNING DISCOVERY OF
<u>HARD COPY AND ELECTRONICALLY STORED INFORMATION</u>**

Case No. 1:23-24580-CIV-ALTONAGA/Reid

Pursuant to Federal Rule of Civil Procedure 26(c), Lead Plaintiffs City of Warren General Employees' Retirement System and City of Westland Police and Fire Retirement System (collectively, "Lead Plaintiffs") and Defendants Teleperformance SE ("Teleperformance"), Daniel Julien, Olivier Rigaudy, and Akash Pugalia (collectively, "Defendants," and together with Lead Plaintiffs, the "Parties") submit this Joint Motion for Order Entering the Confidentiality and Rule 502(d) Agreement ("Confidentiality Order") and Stipulated Protocol Governing Discovery of Hard Copy and Electronically Stored Information ("Discovery Protocol").

1.      After conferring on these matters, the Parties have agreed there is a need to prevent undue disclosure of highly sensitive information.

2.      As such, the Parties propose to the Court the accompanying Confidentiality Order and Discovery Protocol governing all materials produced or adduced in the course of discovery in the above-captioned action and jointly request that the Court enter both attachments.

3.      The Parties are aware of the importance the Court places on cooperation and commit to work together in good faith throughout the matter, consistent with the Federal Rules of Civil Procedure, the Local Rules of the Southern District of Florida, and this Court's guidelines regarding discovery and electronically stored information.

4.   The Parties have conferred and agree on the relief requested herein.

WHEREFORE, the Parties respectfully request that the Court enter the Confidentiality Order and the Discovery Protocol attached hereto as Exhibits A and B, respectively.

Case No. 1:23-24580-CIV-ALTONAGA/Reid

DATED:  November 25, 2024

Respectfully submitted,

LASHGOLDBERG
MARTIN B. GOLDBERG
BENJAMIN R. SHIEKMAN
100 S.E. 2nd Street
Suite 1200
Miami, Florida 33131
Telephone:  305/347-4040
mgoldberg@lashgoldberg.com
bshiekman@lashgoldberg.com

_____
*/s/ Benjamin R. Shiekman*
BENJAMIN R. SHIEKMAN

LATHAM & WATKINS LLP
MICHELE D. JOHNSON (*pro hac vice*)
750 Town Center Drive, 20th Floor
Costa Mesa, CA  92626
Telephone:  714/540-1235
michele.johnson@lw.com

LATHAM & WATKINS LLP
COLLEEN C. SMITH (*pro hac vice*)
12670 High Bluff Drive
San Diego, CA  92130
Telephone:  858/523-5400
colleen.smith@lw.com

LATHAM & WATKINS LLP
CHRISTOPHER TURNER (*pro hac vice*)
DONALD LEE THOMPSON
555 Eleventh Street, NW #1000
Washington, DC  20004
Telephone:  202/637-2200
christopher.turner@lw.com
donald.thompson@lw.com

*Attorneys for Defendants Teleperformance SE,*
*Daniel Julien, Olivier Rigaudy, and Akash Pugalia*

- 2 -

Case No. 1:23-24580-CIV-ALTONAGA/Reid

ROBBINS GELLER RUDMAN
  & DOWD LLP
STEPHEN R. ASTLEY (SBN 0139254)
SABRINA E. TIRABASSI (SBN 25521)
LUKE GOVEAS (*pro hac vice*)
ALEX KAPLAN (SBN 1030761)
225 NE Mizner Boulevard, Suite 700
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
sastley@rgrdlaw.com
stirabassi@rgrdlaw.com
lgoveas@rgrdlaw.com
akaplan@rgrdlaw.com

*Lead Counsel for Lead Plaintiffs*

VANOVERBEKE, MICHAUD
  & TIMMONY, P.C.
THOMAS C. MICHAUD (*pro hac vice*)
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

*Additional Counsel for Lead Plaintiffs*