**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-24580-CIV-ALTONAGA/Reid**

**CITY OF WARREN GENERAL**
**EMPLOYEES' RETIREMENT SYSTEM**,
on behalf of itself and all others similarly
situated

      Plaintiff,

v.

**TELEPERFORMANCE SE**, *et al.*,

      Defendants

_____/

**[PROPSOSED] ORDER ON JOINT MOTION FOR ORDER ENTERING**
**CONFIDENTIALITY AND RULE 502(D) AGREEMENT AND STIPULATED**
**PROTOCOL GOVERNING DISCOVERY OF HARD COPY AND**
**ELECTRONICALLY STORED INFORMATION**

This cause came before the Court upon the Parties Joint Motion for Order Entering

Confidentiality and Rule 502(D) Agreement and Stipulated Protocol Governing Discovery of Hard

Copy and Electronically Stored Information ("Motion").   Being fully advised, it is hereby

ORDERED AND ADJUDGED as follows:

    1.      The Motion is **GRANTED**.

    2.      The parties' agreed orders attached as Exhibit A and Exhibit B to the Motion are

hereby entered and enforceable by this Court.

    **DONE AND SIGNED** in Chambers at Miami, Florida, this __ day of November, 2024

                        _____
                        **CECILIA M. ALTONAGA**
                        **United States District Judge**

Copies furnished to: All Counsel of Record