**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-24580-CIV-ALTONAGA/Reid**

**CITY OF WARREN GENERAL**
**EMPLOYEES' RETIREMENT**
**SYSTEM**, *et al.*,

      Plaintiffs,

v.

**TELEPERFORMANCE SE**, *et al.*,

      Defendants.

_____/

## **ORDER**

**THIS CAUSE** came before the Court upon the parties' Joint Motion for Order Entering Confidentiality and Rule 502(D) Agreement and Stipulated Protocol Governing Discovery of Hard Copy and Electronically Stored Information [ECF No. 85].  Being fully advised, it is

**ORDERED** as follows:

1. The Motion **[ECF No. 85]** is **GRANTED**.

2. The parties are bound by the agreed orders attached as Exhibit A and Exhibit B to the Motion.

3. **Nothing in this Order serves to modify the Court's prohibition on the filing of discovery motions.**  (*See* Scheduling Order [ECF No. 77] 3–4).

CASE NO. 23-24580-CIV-ALTONAGA/Reid

**DONE AND ORDERED** in Miami, Florida, this 26th day of November, 2024.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2

**LashGoldberg**
LASHGOLDBERG.COM

MIAMI  100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305.347.4040 • Fax: 305.347.4050
FT. LAUDERDALE  2500 Weston Rd., Ste. 220 • Weston, FL, 33331 • Tel: 954.384.2500 • Fax: 954.384.2510
TAMPA  142 West Platt St., Ste.118 • Tampa, FL, 33606 • Tel: 813.284.4002