UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 23-24580-CIV-ALTONAGA/REID

| | |
|---|---|
| CITY OF WARREN GENERAL EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> TELEPERFORMANCE SE, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF SETTLEMENT, NOTICE OF FILING MEDIATOR'S REPORT, AND JOINT MOTION FOR APPROVAL OF STIPULATION TO A STAY PENDING FINAL SETTLEMENT**

Case No. 23-24580-CIV-ALTONAGA/REID

Lead Plaintiffs, City of Warren General Employees' Retirement System and City of Westland Police and Fire Retirement System, and Defendants, Teleperformance SE, Daniel Julien, Olivier Rigaudy, and Akash Pugalia (collectively, the "Parties"), by and through their respective counsel, hereby advise the Court as follows:

1.     After negotiations following mediation, the Parties have reached a settlement in principle to resolve all claims in the above-captioned action.

2.     Pursuant to Local Rule 16.2(f)(1), the Mediation Report of David M. Murphy is attached hereto as Exhibit A.

3.     The Parties have stipulated to a stay of this case until January 10, 2025.  In order to facilitate the Parties' ability to draft and agree to a Stipulation of Settlement, identify and engage the appropriate claims administrator to administer the settlement, and prepare the papers for preliminary approval, while accounting for the holidays and scheduling conflicts, the Parties request that the Court enter a limited stay of this action, and take no further action with respect to this matter until January 10, 2025.

DATED:  December 9, 2024                     ROBBINS GELLER RUDMAN
                                              & DOWD LLP
                                             STEPHEN R. ASTLEY (SBN 0139254)
                                             SABRINA E. TIRABASSI (SBN 25521)
                                             LUKE GOVEAS (admitted *pro hac vice*)
                                             ALEX KAPLAN (SBN 1030761)


                                             _____
                                                  */s/ Stephen R. Astley*
                                               STEPHEN R. ASTLEY

- 1 -

Case No. 23-24580-CIV-ALTONAGA/REID

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
sastley@rgrdlaw.com
stirabassi@rgrdlaw.com
lgoveas@rgrdlaw.com
akaplan@rgrdlaw.com

*Lead Counsel for Lead Plaintiffs*

VANOVERBEKE, MICHAUD
  & TIMMONY, P.C.
THOMAS C. MICHAUD
(admitted *pro hac vice*)
79 Alfred Street
Detroit, MI  48201
Telephone:  313/578-1200
313/578-1201 (fax)
tmichaud@vmtlaw.com

*Additional Counsel for Lead Plaintiff*

DATED:  December 9, 2024          LASHGOLDBERG
MARTIN B. GOLDBERG
BENJAMIN R. SHIEKMAN

*s/ Benjamin R. Shiekman*
BENJAMIN R. SHIEKMAN

100 S.E. 2nd Street, Suite 1200
Miami, FL 33131
Telephone: 305/347-4040
mgoldberg@lashgoldberg.com
bshiekman@lashgoldberg.com

- 2 -

- 3 -

Case No. 23-24580-CIV-ALTONAGA/REID

LATHAM & WATKINS LLP
MICHELE D. JOHNSON (*pro hac vice*)
750 Town Center Drive, 20th Floor
Costa Mesa, CA  92626
Telephone:  714/540-1235
michele.johnson@lw.com

LATHAM & WATKINS LLP
COLLEEN C. SMITH (*pro hac vice*)
12670 High Bluff Drive
San Diego, CA  92130
Telephone:  858/523-5400
colleen.smith@lw.com

LATHAM & WATKINS LLP
CHRISTOPHER TURNER (*pro hac vice*)
DONALD LEE THOMPSON
555 Eleventh Street, NW #1000
Washington, DC 20004
Telephone: 202/637-2200
christopher.turner@lw.com
donald.thompson@lw.com

*Attorneys for Defendants Teleperformance SE,
Daniel Julien, Olivier Rigaudy, and Akash Pugalia*

- 3 -