# EXHIBIT A

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 23-24580-CIV-ALTONAGA/REID

CITY OF WARREN GENERAL
EMPLOYEES' RETIREMENT SYSTEM, on
Behalf of Itself and All Others Similarly
Situated,

                  Plaintiff,

    vs.

TELEPERFORMANCE SE, et al.,

                  Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**MEDIATION REPORT**

On December 2, 2024, the parties in the above-captioned case participated in a full-day, in-person mediation at 1271 Avenue of the Americas, New York, New York 10020. The mediation was conducted by David M. Murphy of Phillips ADR Enterprises in accordance with Local Rule 16.2 and the Court's Order Scheduling Mediation (ECF 81). No agreement was reached at mediation. However, the parties, in consultation with the mediator, engaged in subsequent negotiations, and a settlement in principle has been reached to resolve this matter.

  DATED:  December 9, 2024                  Respectfully submitted,

                                          */s/ David M. Murphy*
                                          David M. Murphy, Esq.
                                          Mediator