UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 23-24580-CIV-ALTONAGA/REID

| | |
|---|---|
| CITY OF WARREN GENERAL EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| TELEPERFORMANCE SE, et al., | ) ) ) |
| Defendants. | ) ) ) |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION TO A STAY PENDING FINAL SETTLEMENT**

Having considered the parties' Joint Motion for Approval of Stipulation to a Stay Pending Final Settlement ("Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is GRANTED; and

2.    This action is stayed until January 10, 2025, when Plaintiffs shall file a motion for preliminary approval of the settlement.

IT IS SO ORDERED.

DATED: _____     _____

CECILIA M. ALTONAGA
UNITED STATES CHIEF DISTRICT JUDGE