UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-24580-CIV-ALTONAGA

CITY OF WARREN GENERAL
EMPLOYEES' RETIREMENT
SYSTEM, *et al.*,

      Plaintiffs,

vs.

TELEPERFORMANCE SE, *et al.*,

      Defendants.

_____/

**ORDER**

THIS CAUSE came before the Court on the parties' Notice of Settlement, Notice of Filing Mediator's Report, and Joint Motion for Approval of Stipulation to a Stay Pending Final Settlement [ECF No. 88].  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion [ECF No. 88] is **GRANTED** as follows:

1.  This action is administratively **CLOSED** without prejudice to the parties to file a motion for preliminary approval of settlement by January 10, 2025.

2.  If the parties fail to complete the expected settlement, any party may, by motion, request the Court to reopen the case.  Any motion to reopen must be accompanied by a proposed, joint scheduling report and a response to the Motion to Certify Class . . . [ECF No. 87].

3.  The Clerk shall **CLOSE** this case for administrative purposes only.  Any pending motions are **DENIED AS MOOT**.

CASE NO. 23-24580-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 10th day of December, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2