# EXHIBIT B

Case No. 23-24580-CIV-ALTONAGA/REID

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 23-24580-CIV-ALTONAGA/REID

| | |
|---|---|
| CITY OF WARREN GENERAL EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| TELEPERFORMANCE SE, et al., | ) ) ) |
| Defendants. | ) ) ) ) |

## DECLARATION OF STEVEN J. SMITH ON BEHALF OF CITY OF WESTLAND POLICE AND FIRE RETIREMENT SYSTEM

I, Steven J. Smith, declare as follows:

1.      I am the Chairperson of Lead Plaintiff City of Westland Police and Fire Retirement System ("Westland PFRS"), and I am authorized to make this Declaration on its behalf. Westland PFRS is a public police and fire retirement system that, as of June 30, 2023, held approximately $180 million in assets under management for the benefit of approximately 303 retirees and beneficiaries. As Chairperson, I participate in and oversee decisions regarding the administration of Westland PFRS, including the prosecution of this Action.

2.      I respectfully submit this Declaration in support of final approval of the proposed settlement (the "Settlement"), the Plan of Allocation, and Lead Counsel's fee and expense requests. I have personal knowledge of the matters set forth in this Declaration, and if called upon, I could and would competently testify thereto.

3.      Understanding that the Private Securities Litigation Reform Act of 1995 encourages institutional investors to oversee securities class actions, Westland PFRS sought and

- 1 -

obtained Lead Plaintiff status together with City of Warren General Employees' Retirement System ("Warren ERS"). ECF 13, 16. Before seeking appointment as Lead Plaintiff, Westland PFRS conferred with Warren ERS about the status of Warren ERS' investigation and filing of the initial complaint, their investments in Teleperformance securities, the requirements and responsibilities of serving as Lead Plaintiffs, the Lead Plaintiff appointment process, and the strengths of seeking appointment together. *See* Joint Declaration of City of Warren General Employees' Retirement System and City of Westland Police and Fire Retirement System in Support of Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel, ¶5. ECF 13-6. In seeking appointment as Lead Plaintiff and Class Representative in this Action, Westland PFRS understood its fiduciary duties to serve the interests of the Class by participating in the management and prosecution of this Action. On July 17, 2023, Westland PFRS and Warren ERS were appointed Lead Plaintiffs on behalf of the putative Class and their selected counsel, Robbins Geller Rudman & Dowd LLP, was appointed Lead Counsel. ECF 16.

4.      Prior to and then throughout the pendency of this Action, Westland PFRS actively pursued its and the Class' securities claims against Defendants by, among other things:

(a)      communicating with Lead Counsel on the merits of this case against Defendants and the overall strategy for prosecuting this Action;

(b)      protecting Westland PFRS' and the Class' interests by pursuing leadership over this Action;

(c)      supervising, reviewing, and approving pleadings and documents filed in this Action;

(d)      keeping informed regarding the status of this Action;

(e)      responding to Defendants' document requests and collecting and providing documents for discovery;

(f)      preparing for its deposition pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure;

(g)      seeking class certification and appointment as a Class Representative, and providing a declaration in support of the motion; and

(h)      supervising and remaining informed about mediation and settlement negotiations.

- 3 -

Case No. 23-24580-CIV-ALTONAGA/REID

5. On behalf of Westland PFRS, I evaluated the risks of continuing this Action, including the possibility of a nominal recovery or no recovery at all, and authorized Lead Counsel to settle this Action for $5,500,000. Westland PFRS believes this Settlement is not only fair and reasonable, but represents an excellent recovery and is in the best interests of the Class.

6. While Westland PFRS understands that the determination of attorneys' fees is left to the Court, Westland PFRS supports Lead Counsel's application for attorneys' fees of 25% of the Settlement Amount and expenses in an amount not to exceed $200,000. Westland PFRS believes the request is fair, reasonable, and appropriate as this Settlement would not have been possible without the diligent efforts of Lead Counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __ day of ___ 11TH ___, 2025 in ___ APRIL ___.

_____
STEVEN J. SMITH