UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 23-24580-CIV-ALTONAGA/REID

| | |
|---|---|
| CITY OF WARREN GENERAL EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated, | ) ) ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| TELEPERFORMANCE SE, et al., | ) ) |
| | ) |
| Defendants. | ) ) |
| | ) |

[PROPOSED] ORDER APPROVING PLAN OF ALLOCATION

Case No. 23-24580-CIV-ALTONAGA/REID

This matter having come before the Court for a hearing on May 27, 2025, on the motion of Lead Plaintiffs City of Warren General Employees' Retirement System and City of Westland Police and Fire Retirement System (ECF 94), on behalf of themselves and the Class, for final approval of the proposed class action Settlement and approval of the Plan of Allocation for the proceeds of the Settlement; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This Order incorporates by reference the definitions in the Stipulation of Settlement, dated January 10, 2025, ECF 90-2 (the "Stipulation"), and capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

2. Pursuant to and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to Persons who are Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to Persons who are Class Members to be heard with respect to the Plan of Allocation. There were no objections to the Plan of Allocation.

3. The Court hereby finds and concludes that the Plan of Allocation for the calculation of the claims of claimants that is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") provided to Class Members, provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among Class Members.

4. The Court hereby finds and concludes that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair, reasonable, and adequate and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

- 1 -