**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 23-24580-CIV-ALTONAGA/REID

CITY OF WARREN GENERAL EMPLOYEES'   )
RETIREMENT SYSTEM, et al.,   )
   )
                        Plaintiffs,   )
   )   **SUPPLEMENTAL DECLARATION OF JASON**
      vs.   )   **RABE REGARDING NOTICE DISSEMINATION;**
   )   **CLAIMS RECEIVED TO DATE; AND EXCLUSION**
TELEPERFORMANCE SE, et al.,   )   **REQUESTS**
   )
                        Defendants.   )
_____   )
   )
   )
   )
   )
   )
   )

I, JASON RABE, declare as follows:

1.      I am a Program Manager with Rust Consulting, Inc. ("Rust").  I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      Pursuant to the Court's January 14, 2025 Order (ECF 93) (the "Preliminary Approval Order"), Rust was appointed as the Claims Administrator to supervise and administer the notice procedures as well as the processing of claims in connection with the Settlement in the above-captioned action.[1]

3.      Rust previously executed a declaration that was subsequently filed with the Court (ECF 96-3) ("Mailing Declaration"), testifying to, among other things, the mailing of the Notice and Proof of Claim (together, the "Notice Packet"), the publication of the Summary Notice, Proofs of Claim received, and requests for exclusion from the Class received at that point in time.  I respectfully submit this supplemental declaration in order to provide the Court with updated information.

_____

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation of Settlement, dated January 10, 2025 (ECF 90-2).

1

4.      Since the execution of the Mailing Declaration, Rust has continued to receive requests from potential Class Members, brokers, and other nominees for copies of the Notice Packet.  As a result, additional Notice Packets have been disseminated such that through May 15, 2025, Rust has disseminated a total of 30,303 Notice Packets to potential Class Members and their nominees.

5.      Rust is maintaining a toll-free phone number for the Settlement, 1-888-516-0722, as well as a dedicated website of www.TeleperformanceSecuritiesSettlement.com (the "Settlement Website").  In addition, the Settlement Website provides Class Members with the ability to submit their Proofs of Claim online.  Rust also established a case-dedicated e-mail address, info@TeleperformanceSecuritiesSettlement.com, to allow persons to email the Claims Administrator with questions or inquiries.

6.      Pursuant to the Preliminary Approval Order, the Notice informed potential Class Members that all Proofs of Claim must be postmarked or submitted online no later than May 11, 2025.  As of the date of this supplemental declaration, Rust has received approximately 78,888 Proofs of Claim.

7.      The Notice also informed potential Class Members that requests for exclusion from the Class are to be sent to Rust, such that they are postmarked or received no later than May 5, 2025.  The Notice also sets forth the information that must be included in each request for exclusion.  As of the date of this supplemental declaration, Rust has received zero requests for exclusion.

8.      Pursuant to the Court-approved Notice, all objections to the proposed Settlement must be sent to the Court, Lead Counsel, and Defendants' Counsel such that they are received no later than May 5, 2025.  While Rust was not listed to be the recipient of objections, as of the date of this supplemental declaration, Rust has not received any objections.

I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

Executed this 16th day of May, 2025, at Minneapolis, Minnesota.

_____
Jason Rabe

2